## John ROGERS v. COMMISSIONER OF INTERNAL REVENUE.

### No. 1563.

Circuit Court of Appeals, Tenth Circuit.

April 1, 1938.

Charles H. Garnett, of Oklahoma City, Okl., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner, at petitioner's costs.